# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1117

_____

STARR PEAZANT,

    Appellant,

    v.

PUBLIX SUPER MARKETS, INC., a
FLORIDA PROFIT CORPORATION,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
James S. Duncan, Judge.

September 18, 2025

PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonathan B. Minchin of Morgan and Morgan Gulf Coast, PLLC, Pensacola, for Appellant.

Diane G. DeWolf and Nancy M. Wallace of Akerman LLP, Tallahassee, for Appellee.